UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Alfredo Felix Marquez | ) |
| | ) |
| Defendant, | ) |
| _____ | ) |

'08 MJ 0825

COMPLAINT FOR VIOLATION OF

Title 21, U.S.C., Sections 952 and 960
Importation of a Controlled Substance

The undersigned complaint being duly sworn states:

On or about March 16, 2008, within the Southern District of California, Alfredo Felix Marquez, did knowingly and intentionally import approximately 13.40 kilograms of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Nicole Caughey, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF
MARCH 2008.

_____
MAGISTRATE JUDGE

## STATEMENT OF FACTS

On March 16, 2008, at approximately 0830 hrs, Alfredo Felix Marquez, a Mexican citizen and national, attempted entry into the United States from the Republic of Mexico at the Otay Mesa Port of Entry. Felix Marquez was the driver and sole occupant of a black 2001 Ford Explorer pickup bearing Baja California license plate BM91978. Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) Roberto Pagan and his Narcotic Detector Dog (NDD) "Niko" were working pre-primary operations when "NIKO" alerted to the presence of a narcotic odor emanating from the undercarriage of a Ford Explorer pickup driven by Felix Marquez.

CEO Rodolfo Sanchez was requested to assist with the canine alert and approached the vehicle driven by Felix Marquez. CBPO Sanchez received a negative customs declaration from Felix Marquez. When asked by CBPO Sanchez to hand over his entry documents and car keys, CBPO Sanchez noticed Felix Marquez's hand was shaking. CBPO Sanchez then opened the rear passenger door, pulled the rear seat down and noticed the carpet was non-factory.

The vehicle was referred to the secondary inspection area where eleven (11) packages containing approximately 13.40 kilograms of a white powdery substance were found concealed in a compartment behind the rear seat of the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of cocaine.

Post-Miranda, Felix Marquez denied knowledge of narcotics in the vehicle. Felix Marquez stated that he purchased the vehicle in Mexico around December 22, 2007, and was the only driver of the vehicle. Felix Marquez stated that he was headed to eat

breakfast near the Otay Mesa Port of Entry where after he planned to go shopping at Wal-Mart in Chula Vista.

Felix Marquez was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.