**FILED**
APR 1 5 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1141-DMS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| ALFREDO FELIX MARQUEZ, | ) 960 - Importation of Cocaine (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about March 16, 2008, within the Southern District of California, defendant ALFREDO FELIX MARQUEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 13.40 kilograms (29.48 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/15/08.

KAREN P. HEWITT
United States Attorney

for CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
3/28/08