U.S.A. vs __Alfredo Felix Marquez__    No. __08CR1141-DMS__

The Court finds excludable delay, under the section indicated by check (✓), commenced on __4-29-08__ and ended on __7-18-08__ ; (X7, XT1)

_____ and ended on _____ . (    )

**3161(h)**

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                                      A

___ (1)(B)   **NARA exam**ination (28:2902)                                                          B

___ (1)(D)   State or Federal trials or **other charges pending**                                    C

___ (1)(E)   **Interlocutory appeals**                                                               D

___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                            E

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                               F

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                              G

___          Misc proc: Parole or prob rev, deportation, **extradition**                             H

___ (1)(H)   **Transportation** from another district or to/from examination                         6
             or hospitalization in ten days or less

_X_ (1)(I)   Consideration by Court of **proposed plea agreement**                                   (7)

___ (2)      **Prosecution deferred** by mutual agreement                                            I

___ (3)(A)(B) **Unavailability of defendant** or **essential witness**                               M

___ (4)      Period of **mental or physical incompetence** of defendant to                           N
             stand trial

___ (5)      Period of **NARA commitment or treatment**                                              O

___ (6)      **Superseding indictment and/or new charges**                                           P

___ (7)      **Defendant awaiting trial of co-defendant** when no severance                          R
             has been granted

___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than                         T
             one of the reasons below are given in support of continuance

___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                                (T1)
             would result in a **miscarriage of justice** and
             the ends of justice outweigh the best interest
             of the public and the defendant in a speedy trial.
             (Continuance - miscarriage of justice)

_X_          2) Failure to grant a **continuance** of the trial would result in
             a miscarriage of justice as the defendant has tendered a
             guilty plea to a magistrate judge and is awaiting a
             determination as to whether the plea will be accepted.
             (Continuance - tendered a guilty plea)

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                                   T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days          T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,                T4
             or give reasonable time to prepare
             (Continuance re counsel)

___ 3161(I)  Time up to **withdrawal of guilty plea**                                                U

___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days                           W

Date __4-29-08__                                                      __CAB__
                                                                   Judge's Initials