```
                                                        FILED
                                                     2008 JUN 12 AM 9:00

                                                     [stamp: CLERK US DISTRICT COURT
                                                     SOUTHERN DISTRICT OF CALIFORNIA]

                                                     BY _____LMH_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08CR01141-001-DMS |
| ) | |
| v. ) | O R D E R |
| ) | |
| ALFREDO FELIX MARQUEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 18, 2008 is vacated and reset to August 22, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6-11-08

Dana M. Sabraw
U.S. District Judge

cc: all counsel of record

/ld